

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHANCE DEWAYNE GRANTHAM, | § | No. 08-24-00103-CR |
| Appellant, | § | Appeal from the |
| v. | § | 33rd/424th District Court |
| THE STATE OF TEXAS, | § | of Llano County, Texas |
| Appellee. | § | (TC# CR8664) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JULY 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.